**Order entered July 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00121-CV

**YOLANDA VILLEGAS, Appellant**

**V.**

**VASDEV RAI AND COSMETIC SURGICAL CENTER, P.A., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11205**

### ORDER

Before the Court is appellant's unopposed motion for leave to file late brief.

We **GRANT** the motion and **ORDER** the brief received July 2, 2021 filed as of

the date of this order.

/s/   KEN MOLBERG
       JUSTICE